NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TODD HOWARD NESSA,                )
                                  )
          Appellant,              )
                                  )
v.                                )       Case No. 2D18-951
                                  )
ALEXANDRA D. NESSA,               )
                                  )
          Appellee.               )
_____)

Opinion filed March 29, 2019.

Appeal from the Circuit Court for Polk
County; Michael McDaniel, Judge.

Todd Howard Nessa, pro se.

Alexandra D. Nessa, pro se.


PER CURIAM.

          Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.